Núm. 7944.—Capier, aplte. v. Sancho Bonet, Tes., apldo.—C. D. San Juan. ▬▬▬▬▬▬ Diciembre 5, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, el 1 de agosto de 1939 esta Corte concedió a la parte apelante una nueva y última prórroga que vencería en 29 de agosto del mismo año para radicar en la Corte de Distrito la transcripción de la evidencia en el caso de autos;

Por cuanto, la parte apelante dejó transcurrir dicho término sin radicar en la corte inferior la transcripción de la evidencia;

Por cuanto, la parte apelada ha radicado un escrito solicitando de nosotros que por la anterior razón desestimemos el recurso de apelación interpuesto;

Por cuanto, la parte apelante ha radicado otra moción en que solicita un nuevo y último término de 30 días a contar del 21 de agosto de 1939 para radicar en la corte inferior la transcripción de la evidencia;

. Por cuanto, de acceder a lo solicitado por la parte apelante, nuestra resolución sería académica;

. Por tanto, se accede a lo solicitado por los demandados apelados y en su consecuencia se desestima el recurso de apelación interpuesto.

El Juez Presidente Sr. Del Toro no intervino.